```
TERROLYN FELISHA TATE          CAPITAL ONE                    GENESIS FS CARD SERV
6566 VAN BUREN RD              ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
JACKSON, MS 39213              P.O. BOX 30285                 PO BOX 4477
                               SALT LAKE CITY, UT 84130       BEAVERTON, OR 97076


THOMAS C. ROLLINS, JR.         CASHNET USA                    GI ASSOCIATES
THE ROLLINS LAW FIRM, PLLC     175 W JACKSON                  2510 LAKELAND DR
P.O. BOX 13767                 STE 1000                       FLOWOOD, MS 39232
JACKSON, MS 39236              CHICAGO, IL 60604


A-1 CHECK CASHING              CHECK INTO CASH                JACKSON AREA FCU
2310 HWY 80 W                  704 HWY 80 E                   ATTN: BANKRUPTCY
LAKESIDE, CA 92040             CLINTON, MS 39056              5675 HIGHWAY 18 WES
                                                              JACKSON, MS 39209


A-1 PAYDAY LOANS               CREDIT NINJA LENDING           KOALAFI
2310 US HWY 80                 222 SOUTH RIVERSIDE            ATTN: BANKRUPTCY
STE B                          PLAZA, STE 2200                PO BOX 5518
JACKSON, MS 39204              CHICAGO, IL 60606              GLEN ALLEN, VA 23058


ADVANCE AMERICA                CREDITFRESH                    LEND NATION
319 HWY 80 E                   200 CONTINENTAL DRIVE          1700 UNIVERSITY BLVD
CLINTON, MS 39056              SUITE 401                      JACKSON, MS 39204
                               NEWARK, DE 19713


ADVANCED VASCULAR AND          E-2 CASH ADVANCE               LENDMARK FINANCIAL SER
4436 MANGUM DRIVE              941 HWY 80 E                   2118 USHER ST.
FLOWOOD, MS 39232              STE 3                          COVINGTON, GA 30014
                               CLINTON, MS 39056


ARROWHEAD ADVANCE              E-LOAN                         LIBERTY
P.O. BOX 6048                  9600 WEST BRYN MAWR            7402 SIWELL RD
PINE RIDGE, SD 57770           DES PLAINES, IL 60018          BYRAM, MS 39272


BLUE FROG LOANS                FIRST PREMIER BANK             LITTLE LAKE LENDING
P.O. BOX 725                   3820 N LOUISE AVE              2726 MISSION RACHERIA
FENTON, MO 63026               SIOUX FALLS, SD 57107          LAKEPORT, CA 95434


BOAST CREDIT LINE              FOREFRONT DERMATOLOGY          MEMBERS EXCHANGE CU
1920 ALCOTT AVE                801 YORK STREET                107 MARKETRIDGE DR
CHICO, CA 95928                MANITOWOC, WI 54220            RIDGELAND, MS 39157
```

```
MOHELA
ATTN: BANKRUPTCY
633 SPIRIT DR
CHESTERFIELD, MO 63005


NISSAN MOTOR ACCEPTANC
POB 660366
DALLAS, TX 75266


POSSIBLE FINANCE
PO BOX 98686
LAS VEGAS, NV 89193


PRO COLLECT, INC
ATTN: BANKRUPTCY
12170 N ABRAMS ROAD
STE 100
DALLAS, TX 75243


ROFFEYEL TATE
2945 LAYFAIR DRIVE
APT 1524
FLOWOOD, MS 39232


SIMPLE FAST LOANS INC
8601 DUNWOODY PLACE
STE 406
ATLANTA, GA 30350


SPEEDY CASH
2312 E TRINITY MILLS
RD, SUITE 100
CARROLLTON, TX 75006


ST DOMINICS HOSPITAL
967 LAKELAND DR
JACKSON, MS 39216


WORLD FINANCE
PO BOX 6429
GREENVILLE, SC 29607
```