United States Bankruptcy Court

Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-02515-JAW |
| Terrolyn Felisha Tate | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Oct 08, 2025 | Form ID: 309A | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terrolyn Felisha Tate, 6566 Van Buren Rd, Jackson, MS 39213-3027 |
| 5573377 | | A-1 Check Cashing, 2310 Hwy 80 W, Lakeside, CA 92040 |
| 5573378 | + | A-1 Payday Loans, 2310 US Hwy 80, Ste B, Jackson, MS 39204-2314 |
| 5573380 | + | Advanced Vascular and, 4436 Mangum Drive, Flowood, MS 39232-2113 |
| 5573383 | + | Boast Credit Line, 1920 Alcott Ave, Chico, CA 95928-8627 |
| 5573389 | + | E-2 Cash Advance, 941 Hwy 80 E, Ste 3, Clinton, MS 39056-5260 |
| 5573390 | + | E-Loan, 9600 West Bryn Mawr, Des Plaines, IL 60018-5226 |
| 5573397 | + | Lend Nation, 1700 University Blvd, Jackson, MS 39204-3907 |
| 5573399 | + | Liberty, 7402 Siwell Rd, Byram, MS 39272-9386 |
| 5573400 | + | Little Lake Lending, 2726 Mission Racheria, Lakeport, CA 95453-9612 |
| 5573406 | + | Roffeyel Tate, 2945 Layfair Drive, Apt 1524, Flowood, MS 39232-9772 |
| 5573409 | | St Dominics Hospital, 967 Lakeland Dr, Jackson, MS 39216 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: trollins@therollinsfirm.com | Oct 08 2025 19:39:00 | Thomas Carl Rollins, Jr, The Rollins Law Firm, PLLC, PO BOX 13767, Jackson, MS 39236 |
| tr | + | Email/Text: trustee@hrkcpa.com | Oct 08 2025 19:40:00 | Stephen Smith, 1052 Highland Colony Pkwy, Suite 100, Ridgeland, MS 39157-8764 |
| ust | + | Email/Text: ustpregion05.ja.ecf@usdoj.gov | Oct 08 2025 19:40:00 | United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| 5573379 | + | Email/Text: bnc@teampurpose.com | Oct 08 2025 19:40:00 | Advance America, 319 Hwy 80 E, Clinton, MS 39056-4717 |
| 5573381 | + | Email/Text: collections@arrowheadadvance.com | Oct 08 2025 19:39:00 | Arrowhead Advance, P.O. Box 6048, Pine Ridge, SD 57770-6048 |
| 5573382 | + | Email/Text: samantha.brucker@phfsgroup.com | Oct 08 2025 19:39:00 | Blue Frog Loans, P.O. Box 725, Fenton, MO 63026-0725 |
| 5573388 | | Email/Text: bankruptcy@creditfresh.com | Oct 08 2025 19:39:00 | CreditFresh, 200 Continental Drive, Suite 401, Newark, DE 19713 |
| 5573384 | + | EDI: CAPITALONE.COM | Oct 08 2025 23:39:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5573385 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Oct 08 2025 19:39:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5573386 | + | Email/Text: bkinfo@ccfi.com | Oct 08 2025 19:40:00 | Check Into Cash, 704 Hwy 80 E, Clinton, MS 39056-5128 |
| 5573387 | + | Email/Text: bankruptcy_filings@creditninja.com | Oct 08 2025 19:40:00 | Credit Ninja Lending, 222 South Riverside, Plaza, Ste 2200, Chicago, IL 60606-5808 |
| 5573391 | + | EDI: AMINFOFP.COM | | |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 08, 2025 | Form ID: 309A | Total Noticed: 38 |

| Recipient | Method | Date/Time | Name/Address |
|---|---|---|---|
| | | Oct 08 2025 23:39:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5573392 | ^ MEBN | | |
| | | Oct 08 2025 19:36:31 | Forefront Dermatology, 801 York Street, Manitowoc, WI 54220-4630 |
| 5573394 | + Email/Text: bankruptcy@gi.md | | |
| | | Oct 08 2025 19:40:00 | GI Associates, 2510 Lakeland Dr, Flowood, MS 39232-9513 |
| 5573393 | + EDI: PHINGENESIS | | |
| | | Oct 08 2025 23:39:00 | Genesis FS Card Serv, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5573395 | Email/Text: lcox@jacksonareafcu.com | | |
| | | Oct 08 2025 19:40:00 | Jackson Area FCU, Attn: Bankruptcy, 5675 Highway 18 Wes, Jackson, MS 39209 |
| 5573396 | + Email/Text: inchargehq@westcreekfin.com | | |
| | | Oct 08 2025 19:40:00 | Koalafi, Attn: Bankruptcy, Po Box 5518, Glen Allen, VA 23058-5518 |
| 5573398 | Email/Text: bk@lendmarkfinancial.com | | |
| | | Oct 08 2025 19:39:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 5573402 | Email/Text: EBN@Mohela.com | | |
| | | Oct 08 2025 19:39:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5573401 | + Email/Text: collections@memexcu.com | | |
| | | Oct 08 2025 19:40:00 | Members Exchange CU, 107 Marketridge Dr, Ridgeland, MS 39157-6027 |
| 5573403 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | Oct 08 2025 19:39:00 | Nissan Motor Acceptanc, Pob 660366, Dallas, TX 75266-0366 |
| 5573404 | Email/Text: bankruptcy@possiblefinance.com | | |
| | | Oct 08 2025 19:39:00 | Possible Finance, PO Box 98686, Las Vegas, NV 89193 |
| 5573405 | Email/Text: clientinformation@procollect.com | | |
| | | Oct 08 2025 19:39:00 | Pro Collect, Inc, Attn: Bankruptcy, 12170 N Abrams Road, Ste 100, Dallas, TX 75243 |
| 5573407 | Email/Text: bankruptcy_department@clacorp.com | | |
| | | Oct 08 2025 19:39:00 | Simple Fast Loans Inc, 8601 Dunwoody Place, Ste 406, Atlanta, GA 30350 |
| 5573408 | + Email/Text: bkinfo@ccfi.com | | |
| | | Oct 08 2025 19:40:00 | Speedy Cash, 2312 E Trinity Mills, Rd, Suite 100, Carrollton, TX 75006-1953 |
| 5573410 | + Email/Text: bk@worldacceptance.com | | |
| | | Oct 08 2025 19:40:08 | World Finance, Po Box 6429, Greenville, SC 29606-6429 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2025         Signature:    /s/Gustava Winters

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline
## United States Bankruptcy Court Southern District of Mississippi

*Information to identify the case:*

| | | |
|---|---|---|
| Debtor 1 | **Terrolyn Felisha Tate** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9840 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the Southern District of Mississippi

Case number: **25–02515–JAW**        Date case filed for chapter **7   10/8/25**

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Cell Phones and other electronic devices are generally not allowed in the courthouses of this District. For more information visit www.mssb.uscourts.gov.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Terrolyn Felisha Tate | |
| 2. | **All other names used in the last 8 years** | aka Terrolyn Tate | |
| 3. | **Address** | 6566 Van Buren Rd <br> Jackson, MS 39213 | |
| 4. | **Debtor's attorney** <br> Name and address | Thomas Carl Rollins Jr <br> The Rollins Law Firm, PLLC <br> PO BOX 13767 <br> Jackson, MS 39236 | Contact phone 601–500–5533 <br> Email trollins@therollinsfirm.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Stephen Smith <br> 1052 Highland Colony Pkwy <br> Suite 100 <br> Ridgeland, MS 39157 | Contact phone 601–605–0722 <br> Email trustee@hrkcpa.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline (12/15)**        page 1

Debtor **Terrolyn Felisha Tate**  Case number **25–02515–JAW**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | Thad Cochran U.S. Courthouse <br> 501 E. Court Street <br> Suite 2.300 <br> Jackson, MS 39201 | **Office Hours:** <br> **Monday – Friday 8:00 AM – 5:00 PM** <br><br> **Contact phone 601–608–4600** <br><br> **Date: 10/8/25** |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 7, 2025 at 11:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Trustee: Stephen Smith** <br> **Zoom video meeting.** <br> **Go to zoom.us/join, enter Meeting ID 403 113 1551 and Passcode 2220976269 , OR call 769–215–6920.** <br><br> **For additional meeting information go to www.justice.gov/ust/moc** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/6/26** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline (12/15)**  page **2**