Certificate Number: 17082-MSS-DE-040186588

Bankruptcy Case Number: 25-02515



17082-MSS-DE-040186588

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 10, 2025, at 4:41 o'clock PM MST, TERROLYN F TATE completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   October 10, 2025        By:   /s/Orsolya K Lazar

                                Name:  Orsolya K Lazar

                                Title:  Executive Director