PROCEEDING MEMO AND MINUTES OF
THE CHAPTER 7 §341(a) MEETING
11/07/2025

IN RE:  
    TATE, TERROLYN FELISHA  
CASE NUMBER: 25-02515-JAW

APPEARANCES:
(✓) DEBTOR 1                                ( ) DEBTOR 2 (Wife in Joint Cases)
    (✓) Required picture I.D. produced            ( ) Required picture I.D. produced
    (✓) Required SSN verification produced     ( ) Required SSN verification produced
    (✓) Pay advices received                        ( ) Pay advices received

Credit counseling certificate (✓) filed ( ) not filed.  
Tax returns received for __2023 + 2024__ (years) on __10/20/2025__ (uploaded).  
Financial documents were ( ) retained by trustee or ( ) returned to debtor(s) or (✓) forwarded to the Office of the UST.  
( ) DEBTOR'S REPRESENTATIVE _____  
(✓) ATTORNEY FOR DEBTOR(S): Thomas Carl Rollins, Jr. or substitute: _____  
( ) DEBTOR(S) APPEARED PRO SE  
    ( ) YES (NO) – If Pro Se, did anyone assist with preparation?  
    ( ) YES (NO) – If Yes, has Debtor completed pro se form?

THE MEETING OF CREDITORS WAS:  
(✓) HELD; OR  
( ) NOT HELD; OR  
( ) NOT CONCLUDED AND IS CONTNUED TO THE _____ DAY OF _____, 20___ AT _____ O'CLOCK ___.M.

(✓) YES ( ) NO – Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C.329.

( ) CREDITOR(S) _____

DEBTOR(S) REQUIRED TO:  
( ) AMEND Schedules and Statements within (10) days of §341(a) Meeting – Schedule _____  
( ) OTHER: _____

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in: _____

ADDITIONAL: NOTES: _____

DATED: 11/07/2025                           _____  
                                                      STEPHEN SMITH, TRUSTEE

Track # __041__ or Tape # _____ , Side _____ Counter Start# _____