United States Bankruptcy Court
Southern District of Mississippi

In re:                                                          Case No. 25-02515-JAW
Terrolyn Felisha Tate                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                    User: mssbad                         Page 1 of 3
Date Rcvd: Jan 15, 2026                 Form ID: 318                     Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terrolyn Felisha Tate, 6566 Van Buren Rd, Jackson, MS 39213-3027 |
| 5573377 | | A-1 Check Cashing, 2310 Hwy 80 W, Lakeside, CA 92040 |
| 5573378 | + | A-1 Payday Loans, 2310 US Hwy 80, Ste B, Jackson, MS 39204-2314 |
| 5573380 | + | Advanced Vascular and, 4436 Mangum Drive, Flowood, MS 39232-2113 |
| 5573383 | + | Boast Credit Line, 1920 Alcott Ave, Chico, CA 95928-8627 |
| 5573389 | + | E-2 Cash Advance, 941 Hwy 80 E, Ste 3, Clinton, MS 39056-5260 |
| 5573390 | + | E-Loan, 9600 West Bryn Mawr, Des Plaines, IL 60018-5226 |
| 5573397 | + | Lend Nation, 1700 University Blvd, Jackson, MS 39204-3907 |
| 5573399 | + | Liberty, 7402 Siwell Rd, Byram, MS 39272-9386 |
| 5573400 | + | Little Lake Lending, 2726 Mission Racheria, Lakeport, CA 95453-9612 |
| 5573406 | + | Roffeyel Tate, 2945 Layfair Drive, Apt 1524, Flowood, MS 39232-9772 |
| 5573409 | | St Dominics Hospital, 967 Lakeland Dr, Jackson, MS 39216 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 15 2026 19:19:00 | Nissan Motor Acceptance Corp., 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| 5573379 | + | Email/Text: bnc@teampurpose.com | Jan 15 2026 19:19:00 | Advance America, 319 Hwy 80 E, Clinton, MS 39056-4717 |
| 5573381 | + | Email/Text: collections@arrowheadadvance.com | Jan 15 2026 19:19:00 | Arrowhead Advance, P.O. Box 6048, Pine Ridge, SD 57770-6048 |
| 5573382 | + | Email/Text: samantha.brucker@phfsgroup.com | Jan 15 2026 19:19:00 | Blue Frog Loans, P.O. Box 725, Fenton, MO 63026-0725 |
| 5573388 | | Email/Text: bankruptcy@creditfresh.com | Jan 15 2026 19:19:00 | CreditFresh, 200 Continental Drive, Suite 401, Newark, DE 19713 |
| 5573384 | + | EDI: CAPITALONE.COM | Jan 16 2026 00:21:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5573385 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jan 15 2026 19:19:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5573386 | + | Email/Text: bkinfo@ccfi.com | Jan 15 2026 19:19:00 | Check Into Cash, 704 Hwy 80 E, Clinton, MS 39056-5108 |
| 5573387 | + | Email/Text: bankruptcy_filings@creditninja.com | Jan 15 2026 19:19:00 | Credit Ninja Lending, 222 South Riverside, Plaza, Ste 2200, Chicago, IL 60606-5808 |
| 5578967 | + | EDI: AISACG.COM | Jan 16 2026 00:21:00 | Exeter Finance LLC, AIS Portfolio Services LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5573392 | | Email/Text: Legal@forefrontderm.com | Jan 15 2026 19:19:00 | Forefront Dermatology, 801 York Street, Manitowoc, WI 54220 |
| 5573391 | + | EDI: AMINFOFP.COM | | |

District/off: 0538-3 — User: mssbad — Page 2 of 3
Date Rcvd: Jan 15, 2026 — Form ID: 318 — Total Noticed: 37

| | | | |
|---|---|---|---|
| | | Jan 16 2026 00:21:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5573394 | + Email/Text: bankruptcy@gi.md | Jan 15 2026 19:19:00 | GI Associates, 2510 Lakeland Dr, Flowood, MS 39232-9513 |
| 5573393 | + EDI: PHINGENESIS | Jan 16 2026 00:21:00 | Genesis FS Card Serv, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5573395 | Email/Text: lcox@jacksonareafcu.com | Jan 15 2026 19:19:00 | Jackson Area FCU, Attn: Bankruptcy, 5675 Highway 18 Wes, Jackson, MS 39209 |
| 5573396 | + Email/Text: inchargehq@westcreekfin.com | Jan 15 2026 19:19:00 | Koalafi, Attn: Bankruptcy, Po Box 5518, Glen Allen, VA 23058-5518 |
| 5573398 | Email/Text: bk@lendmarkfinancial.com | Jan 15 2026 19:19:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 5573402 | Email/Text: EBN@Mohela.com | Jan 15 2026 19:19:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5573401 | + Email/Text: collections@memexcu.com | Jan 15 2026 19:19:00 | Members Exchange CU, 107 Marketridge Dr, Ridgeland, MS 39157-6027 |
| 5573403 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 15 2026 19:19:00 | Nissan Motor Acceptanc, Pob 660366, Dallas, TX 75266-0366 |
| 5573404 | Email/Text: bankruptcy@possiblefinance.com | Jan 15 2026 19:19:00 | Possible Finance, PO Box 98686, Las Vegas, NV 89193 |
| 5573405 | Email/Text: clientinformation@procollect.com | Jan 15 2026 19:19:00 | Pro Collect, Inc, Attn: Bankruptcy, 12170 N Abrams Road, Ste 100, Dallas, TX 75243 |
| 5573407 | Email/Text: bankruptcy_department@clacorp.com | Jan 15 2026 19:19:00 | Simple Fast Loans Inc, 8601 Dunwoody Place, Ste 406, Atlanta, GA 30350 |
| 5573408 | + Email/Text: bkinfo@ccfi.com | Jan 15 2026 19:19:00 | Speedy Cash, 2312 E Trinity Mills, Rd, Suite 100, Carrollton, TX 75006-1953 |
| 5573410 | + Email/Text: bk@worldacceptance.com | Jan 15 2026 19:19:32 | World Finance, Po Box 6429, Greenville, SC 29606-6429 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Exeter Finance LLC, AIS Portfolio Services LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2026          Signature:          /s/Gustava Winters

| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 15, 2026 | Form ID: 318 | Total Noticed: 37 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Stephen Smith | trustee@hrkcpa.com  MS02@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Terrolyn Felisha Tate trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| Debtor 1 | **Terrolyn Felisha Tate** | | | Social Security number or ITIN | **xxx–xx–9840** |
|---|---|---|---|---|---|

First Name    Middle Name    Last Name

EIN  _ _–_ _ _ _ _ _ _

Debtor 2
(Spouse, if filing)

First Name    Middle Name    Last Name

Social Security number or ITIN    _ _ _ _

EIN  _ _–_ _ _ _ _ _ _

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:  **25–02515–JAW**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Terrolyn Felisha Tate**
aka Terrolyn Tate

Dated: 1/15/26

**By the court:** /s/Jamie A. Wilson
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**